# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         **Plaintiff,**<br><br>  v.<br><br>BOVORN RUNGRUANGNAVARAT<br><br>         **Defendant.** | Case No. 1:18−cv−03196<br>Honorable Manish S. Shah |

## UNOPPOSED MOTION FOR JUDGMENT AGAINST DEFENDANT BOVORN RUNGRUANGNAVARAT

Plaintiff United States Securities and Exchange Commission ("SEC") respectfully moves this Court to enter the attached consented-to judgment against Defendant Bovorn Rungruangnavarat. In support of this motion, the SEC states as follows:

On May 4, 2018, the SEC instituted this case alleging that Defendant engaged in insider trading. Doc. # 1. On June 14, 2019, the SEC notified the Court that Defendant had made a signed settlement offer, which undersigned counsel was recommending the Commission accept. Doc. # 25. The Commission has accepted the offer. Therefore, the SEC respectfully requests the Court enter the attached judgment against Defendant Bovorn Rungruangnavarat, to which Defendant has consented. Defendant does not oppose this motion.

Respectfully submitted this 24th day of October, 2019.

> By: *s/ Mark L. Williams*
> Mark L. Williams
> 1961 Stout Street, Suite 1700
> Denver, CO 80294-1961
> Tel.: (303) 844-1000
> Fax: (303) 295-0538
> williamsml@sec.gov
>
> John E. Birkenheier
> 175 West Jackson Blvd.
> Chicago, IL 60604
> Tel.: (312) 353-7390
> Fax: (303) 353-7398
> birkenheierj@sec.gov
>
> *Attorneys for the Plaintiff*

CERTIFICATE OF SERVICE

       I hereby certify that on October 24, 2019, Plaintiff's Unopposed Motion for Judgment was filed on the Court's electronic case filing (ECF) system and will constitute service as to all filing users in this case assigned to the Court's ECF system.

                                            s/ Mark L. Williams
                                            Mark L. Williams
                                            Trial Counsel